DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ., SBN 152254
CHARLES R. CHAPMAN, ESQ., SBN 115505
**RODRIGUEZ & ASSOCIATES**
2020 EYE STREET
BAKERSFIELD, CA 93301
PHONE: (661) 323-1400   FAX: (661) 323-0132

W. RANDOLPH BARNHART
MICHAEL J. MCNALLY
ANGELA L. EKKER
**BARNHART, EKKER & McNALLY, LLP**
7887 E. BELLEVIEW AVENUE, SUITE 1200
ENGLEWOOD, CO 80111
PHONE: (303) 793-0700   FAX: (303) 793-1950

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SHOUKAT KHAN and SANOBER MIRZA, <br><br> Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, a Delaware Corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CASE NO. 1: 05-CV-00303-REC-DLB

**STIPULATION CONCERNING DISCOVERY**

**AMENDED - ORDER**

**Hon. Dennis L. Beck**
**United States Magistrate Judge**

## **STIPULATON**

IT IS STIPULATED BETWEEN THE PARTIES, through their respective undersigned counsel, that:

1.     Whereas the Response by Defendant Ford Motor Company ("Defendant") to Plaintiffs' Request For Production of Documents (Set One) is currently due on July 20, 2005; and

2.     Whereas the Responses by Plaintiffs Shoukat Khan and Sanober Mirza ("Plaintiffs") to Defendant's Interrogatories (Set One) and Request for Production of Documents (Set One) are currently due on August 8, 2005; and

3.     Plaintiffs' counsel, Daniel Rodriguez, Joel T. Andreesen, and Charles R. Chapman, members of Rodriguez & Associates, and W. Randolph Barnhart, Michael J. McNally, and Angela L. Ekker, members of Barnhart, Ekker & McNally, LLP (collectively "Plaintiffs' counsel"), are filing a Motion to Withdraw as Attorneys of Record for Plaintiffs on the grounds that irreconcilable differences have arisen between Plaintiffs' counsel and Plaintiffs, causing an irreparable breakdown in the attorney-client relationship and rendering it impossible for Plaintiffs' counsel to continue to represent Plaintiffs in this action; and

4.     Said Motion is currently, or will be, calendared for hearing on Friday, August 26, 2005; and

5.     Given that the irreparable breakdown in the attorney-client relationship between Plaintiffs' counsel and Plaintiffs makes it impossible for Plaintiffs' counsel to properly represent Plaintiffs and, more particularly, to properly and adequately respond to

Defendant's pending Interrogatories (Set One) and Request for Production of Documents (Set One); and

      6.     The non-expert discovery completion deadline is not until January 20, 2006;

IT IS HEREBY AGREED AND STIPULATED THAT:

      7.     The date by which Defendants must serve their Responses to Plaintiffs' Request For Production of Documents (Set One) shall be continued from July 20, 2005 to September 23, 2005; and

///
///
///
///
///
///
///
///
///
///
///
///
///
///

8.      The date by which Plaintiffs must serve their Responses to Defendant's Interrogatories (Set One) and Request for Production of Documents (Set One) shall be continued from August 8, 2005 to September 23, 2005.

DATED: July _____, 2005                    RODRIGUEZ & ASSOCIATES


                                                            /s/
                                            By:_____
                                                 CHARLES R. CHAPMAN
                                                 Attorney for Plaintiffs
                                                 Shoukat Khan and Sanober Mirza



DATED:  July _____, 2005                   BOWMAN AND BROOKE, LLP


                                                            /s/
                                            By:_____
                                                 VADIM R. ALDEN-ALAVERDOV
                                                 Attorneys for Defendant
                                                 Ford Motor Company


## **ORDER**

**IT IS SO ORDERED.**

DATED:      July 25, 2005              ____**/s/ Dennis L. Beck**_____
                                                 Hon. Dennis L. Beck
                                            UNITED STATES MAGISTRATE JUDGE