# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOUKAT KHAN, and SANOBER MIRZA,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　　　Defendant. | 1:05cv303 REC DLB<br><br>ORDER GRANTING ATTORNEYS' MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS<br><br>(Document 22) |

 Daniel Rodriguez, Joel T. Andreeson and Charles R. Chapman of Rodriguez & Associates and W. Randolph Barnhart, Michael J. McNally and Angela L. Ekker of Barnhart, Ekker & McNally, LLP (collectively "Counsel") filed the instant motion to withdraw as Plaintiffs' attorneys of record on July 22, 2005.  The matter was heard on August 26, 2005, before the Honorable Dennis L. Beck, United States Magistrate Judge.  Daniel Rodriguez and Michael J. McNally appeared.  Neither Plaintiffs Shoukat Khan and Sanober Mirza (collectively "Plaintiffs") nor Defendant Ford Motor Company ("Defendant") appeared at the hearing.

## **BACKGROUND**

 Plaintiffs filed the instant products liability action on March 2005.  The action arises from a September 10, 2003, automobile accident in which Plaintiff Khan's Ford Explorer rolled over several times and he sustained permanent and disabling spinal cord injuries.  The complaint

alleges causes of action for strict liability, negligence, breach of warranties and loss of consortium.

Defendant filed its answer on April 7, 2005. The Court issued its Scheduling Conference Order on June 17, 2005.

Counsel filed the instant motion to withdraw as Plaintiffs' attorneys of record on July 22, 2005, along with a stipulation and proposed order to continue discovery deadlines. On July 26, 2005, the Court continued the due date for outstanding discovery (Plaintiffs' Request for Production and Defendant's Interrogatories and Request for Production) to September 23, 2005.

Neither Plaintiffs nor Defendants have filed an opposition.

## DISCUSSION

Local Rule 83-182(d) provides:

> Subject to the provisions of subsection (c), an attorney who has appeared may not withdraw leaving the client in propria persona without leave of Court upon noticed motion and notice to the client and all other persons who have appeared. The attorney shall provide an affidavit stating the current or last known address of addresses of the client and the efforts made to notify the client of the motion to withdraw. Withdrawal as attorney is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules. The authority and duty of the attorney of record shall continue until relieved by order of the Court issued hereunder. Leave to withdrawal may be granted subject to such appropriate conditions as the Court deems fit.

Local Rule 83-182(d).

Where withdrawal from a case is not mandatory under the Rules of Professional conduct, an attorney must ordinarily continue representation despite a case becoming unpleasant or unprofitable. However, the attorney may withdraw, with court permission, where the client "insists upon presenting a claim or defense that is not warranted under the existing law and cannot be supported by a good faith argument for an extension, modification or reversal of existing law." CRPC 3-700(C)(1).

Here, Counsel contend that irreconcilable differences have arisen, causing an irreparable breakdown of the attorney-client relationship and rendering it impossible for Counsel to continue to represent Plaintiffs. Citing the attorney-client privilege, Counsel generally state that Plaintiffs refuse to consider and/or follow the advice of Counsel and are not cooperating with Counsel.

Counsel further indicate that Plaintiffs do not oppose the motion and are actively seeking new counsel. Declaration of Daniel Rodriguez, at ¶ 5; Declaration of W. Randolph Barnhart, at ¶ 5.

Good cause appearing, Counsel's motion to withdraw as attorney for Plaintiffs is HEREBY GRANTED. Daniel Rodriguez, Joel T. Andreeson and Charles R. Chapman of Rodriguez & Associates and W. Randolph Barnhart, Michael J. McNally and Angela L. Ekker of Barnhart, Ekker & McNally, LLP are relieved as attorneys of record.

Plaintiffs Shoukat Khan and Sanober Mirza are substituted in their place appearing *pro se*. Plaintiffs' mailing address is:

Shoukat Khan and Sanober Mirza
2897 E. Salem Avenue
Fresno, California 93720.

The Clerk of the Court is DIRECTED to enter the change of address on the Court's docket and records. Plaintiffs should notify the Court as soon as new counsel is obtained given the September 23, 2005, due date for outstanding discovery.

IT IS SO ORDERED.

Dated:   August 26, 2005                    /s/ Dennis L. Beck
3b142a                                      UNITED STATES MAGISTRATE JUDGE