1  Walter H. Walker, III (State Bar No. 63117)
2  Wilda L. White (State Bar No. 122144)
   WALKER, HAMILTON & WHITE
3  50 Francisco Street, Suite 460
   San Francisco, CA 94133          **LODGED**
4  Telephone: (415) 986-3339
5  Facsimile:  (415) 986-1618          DEC 1 5 2005

                                   CLERK, U.S. DISTRICT COURT
6                               EASTERN DISTRICT OF CALIFORNIA

   Attorneys for Plaintiffs      BY _____
7                                       DEPUTY CLERK

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  SHOUKAT KHAN and SANOBER        )  Case No.
    MIRZA,                          )  1:05-CV-00303-REC-DLB
12                                  )
                                    )
13              Plaintiffs,         )
                                    )  SUBSTITUTION OF ATTORNEY
14  vs.                             )
                                    )
15  FORD MOTOR COMPANY, a           )
    Delaware Company DOES 1-100,    )
16  inclusive,                      )
                                    )
17              Defendants.         )
                                    )
18                                  )
                                    )
19  ——————————————————————————————

20  **THE COURT AND ALL PARTIES ARE NOTIFIED THAT**:

21  Plaintiffs Shoukat Khan and Sanober Mirza make the following substitution:

22      1.      Former legal representative:        Parties for themselves

23

24

25

26

27                                 1
                      SUBSTITUTION OF ATTORNEY

1    2.    New legal representative:

2
      Walter H. Walker, III (State Bar No. 63117)
3     Wilda L. White (State Bar No. 122144)
      WALKER, HAMILTON & WHITE
4     50 Francisco Street, Suite 460
      San Francisco, CA 94133
5     Telephone: (415) 986-3339
      Facsimile:   (415) 986-1618
6

7

8    3.    The parties making this substitution are the plaintiffs.

9    **I consent to this substitution:**

10   Dated: 11·8·05                              Shoukat Khan
11                                               Plaintiff In Propria Persona

12   **I consent to this substitution:**

13   Dated: 11·8·05                              Sanober Mirza
14                                               Plaintiff In Propria Persona

15   **I consent to this substitution:**

16   Dated: October 27, 2005                     Walker, Hamilton & White

17

18                                          By
19                                               Wilda L. White
                                                 New Attorneys
20

21

22                                     It is so Ordered.  Dated: 12-15-05

23

24                                          United States District Judge

25

26

27                                     2
                          SUBSTITUTION OF ATTORNEY

*Khan v. Ford Motor Company*
USDC, Eastern District 1:05-CV-00303-REC-DLB

# PROOF OF SERVICE

My business address is 50 Francisco Street, Suite 460, San Francisco, California. I am employed in the County of San Francisco, where this mailing occurs. I am over the age of 18 years and not a party to the within cause. On the date set forth below, I served the foregoing document(s) described as:

Substitution of Attorney

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as listed below.

Janice K. O'Grady
Vadim R. Alden-Alaverdov
Bowman and Brooke LLP
1741 Technology Drive, Suite 200
San Jose, CA 95110-1355
Facsimile (418) 279-5845

[X]   **BY MAIL**   I sealed said envelope with postage thereon fully prepaid, and placed it for collection by the U.S. Postal Service on December 12, 2005, following ordinary business practices.

[ ]   **BY OVERNIGHT COURIER**   On December 12, 2005, I deposited said envelope for delivery via overnight courier to the office of the addressee.

[ ]   **BY MESSENGER**   On December 12, 2005, I caused such envelope to be delivered via personal service to the office(s) of the addressee(s).

[X]   **BY FACSIMILE**   On December 12, 2005, I transmitted this document to the parties listed below at the facsimile numbers listed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 12, 2005, at San Francisco, California.

By _____
Serena L. Broussard