1  Walter H. Walker, III (State Bar No. 63117)
2  Wilda L. White (State Bar No. 122144)
   WALKER, HAMILTON & WHITE
3  50 Francisco Street, Suite 460
   San Francisco, CA 94133
4  Telephone: (415) 986-3339
   Facsimile:   (415) 986-1618
5

6  Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 SHOUKAT KHAN and SANOBER    )  Case No.
   MIRZA,                      )  1:05-CV-00303-REC-DLB
12                             )
                               )
13         Plaintiffs,          )
                               )
14 vs.                         )
                               )  STIPULATION TO RE-SCHEDULE
15 FORD MOTOR COMPANY, a       )  PRE-TRIAL CONFERENCE
   Delaware Company DOES 1-100,)
16 inclusive,                  )
                               )
17         Defendants.          )
                               )
18                             )
                               )
19 ─────────────────────────────

20

21

22     The parties stipulate that the Pre-Trial Conference currently set for June 30, 2006, be

23

24

25

26

27
                                         1
              STIPULATION TO RE-SCHEDULE PRE-TRIAL CONFERENCE

re-scheduled to Friday, December 15, 2006, at 1:30 p.m., before Magistrate Judge Beck, in Courtroom 9.

IT IS SO STIPULATED.

| Bowman and Brook LLP | Walker, Hamilton & White |
|---|---|
| By  /s/_____ | By  /s/ _____ |
| Vadim R. Alden-Alaverdov | Wilda L. White |
| Attorneys for Defendant Ford Motor Co. | Attorneys for Plaintiffs |
| Dated:  February 28, 2006 | Dated:  February 28, 2006 |

Good cause appearing therefor,

IT IS SO ORDERED.

**Dated:   June 16, 2006**              **/s/ Dennis L. Beck**
3b142a                                                    UNITED STATES MAGISTRATE JUDGE