1  Walter H. Walker, III (State Bar No. 63117)
2  Wilda L. White (State Bar No. 122144)
   WALKER, HAMILTON & WHITE
3  50 Francisco Street, Suite 460
   San Francisco, CA 94133
4  Telephone: (415) 986-3339
   Facsimile:  (415) 986-1618
5

6  Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 SHOUKAT KHAN and SANOBER    )   Case No.
   MIRZA,                      )   1:05-CV-00303-AWI-DLB
12                             )
              Plaintiffs,      )
13                             )
14 vs.                         )
                               )   STIPULATION TO CONTINUE
15 FORD MOTOR COMPANY, a       )   SCHEDULING ORDER
   Delaware Company DOES 1-100,)
16 inclusive,                  )
17                             )
              Defendants.      )
18                             )
                               )
19 _____ )

20
        The parties stipulate that the current Scheduling Order be moved forward by 90 days to
21
   accommodate plaintiff's counsel's family emergency.
22
        The stipulated scheduling order would become as follows:
23

24

25

26

27
                                              1
                    STIPULATION TO CONTINUE SCHEDULING ORDER

| **Current** | **New** |
|---|---|
| Discovery Deadlines<br>    Non-expert: July 19, 2006<br>    Expert: November 1, 2006 | Discovery Deadlines<br>    Non-expert: October 17, 2006<br>    Expert: January 30, 2007 |
| Expert Witness Disclosure | Expert Witness Disclosure<br>    December 18, 2006 |
| Non-Dispositive Motion Deadlines<br>    Filing: October 23, 2006<br>    Hearing: November 15, 2006 | Non-Dispositive Motion Deadlines<br>    Filing: January 22, 2007<br>    Hearing: February 13, 2007 |
| Dispositive Motion Deadlines:<br>    Filing: October 25, 2006<br>    Hearing: November 20, 2006 | Dispositive Motion Deadlines:<br>    Filing: January 24, 2007<br>    Hearing: February 19, 2007 |
| Settlement Conference:<br>    December 7, 2006, at 1:30 p.m.<br>    Courtroom 5 | Settlement Conference:<br>    March 7, 2007, at 1:30 p.m.,<br>    Courtroom 5 |
| Pre-Trial Conference<br>    December 15, 2006 | Pre-Trial Conference<br>    March 15, 2007, 1:30 p.m. |
| Trial:<br>    February 13, 2007, at 9:00 a.m. JT<br>    Courtroom 1 - 15 days | Trial:<br>    May 14, 2007, at 9:00 a.m. JT<br>    Courtroom 1 - 15 days |

Bowman and Brook LLP                                   Walker, Hamilton & White

By /s                                                  By /s
     Vadim R. Alden-Alaverdov                               Wilda L. White
   Attorneys for Defendant Ford Motor Co.              Attorneys for Plaintiffs

Dated:   July   14, 2006                               Dated: July   14 , 2006

Good cause appearing therefor,

    IT IS SO ORDERED.

    **Dated:    August 9, 2006**                           **/s/ Dennis L. Beck**
3b142a                                                 UNITED STATES MAGISTRATE JUDGE

2
STIPULATION TO CONTINUE SCHEDULING ORDER