Barbara J. Frischholz (#088395)
Ryan A. McCarthy (#233090)
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA  95110-1355
Telephone:  (408) 279-5393
Facsimile:  (408) 279-5845

Attorneys for Defendant
Ford Motor Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOUKAT KHAN and SANOBER MIRZA, | Case No.  1:05-CV-00303-LJO-DLB |
| Plaintiffs, | |
| vs. | **STIPULATED REQUEST FOR THE COURT'S ORDER EXTENDING THE DATES FOR COURT ORDERED DEADLINES AND [PROPOSED] ORDER** |
| FORD MOTOR COMPANY, a Delaware Company DOES 1-100, inclusive, | |
| Defendants. | Trial Date:  5/14/07 |

This case involves a September 10, 2003 automobile accident in which plaintiff Shoukat Kahn was rendered a C7 quadriplegic. Plaintiffs have sued Ford Motor Company on theories of liability for a defective product. The parties, by and through their undersigned counsel, jointly request that the Court sign the attached order vacating the currently scheduled Court-ordered deadlines and entering a revised scheduling order as agreed to by the parties.

Pursuant to the Stipulation To Continue Scheduling, signed by the Court on August 9, 2006, the present Court deadlines are as follows:

Expert Witness Discovery Deadline: January 30, 2007

Settlement Conference Statement:  February 28, 2007

Settlement Conference:             March 7, 2007

Joint Pre-Trial Statement:          March 8, 2007

Pre-Trial Conference:               March 15, 2007

The parties held a private mediation on January 23, 2007 and have agreed to a second private mediation on March 20, 2007. Consequently, the parties request that the March 7 settlement conference be vacated and rescheduled to a later date, as outlined below.

Furthermore, in an effort to avoid the costs resulting from expert depositions, which will prejudice the parties' efforts to resolve this serious injury case, the parties mutually agreed to postpone expert depositions until after the second scheduled mediation.  Therefore, the parties request that the current deadline for expert discovery be vacated.  Additionally, due to significant difficulties in scheduling expert depositions, the parties have mutually agreed that the trial date of May 14, 2007 should be vacated in favor of a later trial date, as outlined below.

The parties request the scheduling order be amended as follows:

Expert Witness Discovery Deadline:     May 31, 2007

Settlement Conference: late-June, 2007 (specific date TBD)

Joint Pre-Trial Statement:             July 16, 2007

Pre-Trial Conference:                  July 23, 2007

Trial:                                 September 4, 2007

The attorneys for plaintiffs and defendant Ford are both very experienced with this type of litigation and have litigated and

resolved other cases in the past.  This joint request to modify the Court's scheduling order is made in a genuine effort to avoid the expense of further litigation and to avoid expenditure of the Court's time in presiding over what would be a lengthy trial.

For the foregoing reasons, good cause exists for the Court to sign the accompanying Order extending the currently scheduled deadlines.

Dated:  February 21, 2007                Dated:  February 21, 2007

WALKER, HAMILTON & WHITE                 BOWMAN AND BROOKE LLP


_____/s/_____              _____/s/_____
Wilda L. White, Esq.                     Ryan A. McCarthy, Esq.
50 Francisco Street, Suite 460           1741 Technology Dr., Suite 200
San Francisco, CA 94133                  San Jose, CA 95110
Attorney for Plaintiffs                  Attorney for Defendant
Shoukat Khan and Sanober Mirza           Ford Motor Company

## **ORDER**

The Court, having read the Stipulation of the parties, and good cause appearing therefore, order:

PURSUANT TO STIPULATION, IT IS SO ORDERED that the expert discovery cutoff date shall be May 31, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED that the settlement conference shall be continued to some date to be determined in June, 2007 in light of the parties' scheduled private mediation on March 20.  The settlement conference statement shall be filed and served seven days prior to the conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED the joint pre-trial statement shall be due July 16, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED the pre-trial conference shall be July 23, 2007 at 8:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED the first day of trial shall be September 4, 2007 at 9 a.m.

IT IS SO ORDERED.

**Dated:   February 26, 2007**               /s/ Lawrence J. O'Neill
66h44d                                       UNITED STATES DISTRICT JUDGE