Barbara J. Frischholz (#088395)
Ryan
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA  95110-1355
Telephone:  (408) 279-5393
Facsimile:  (408) 279-5845

Attorneys for Defendant
Ford Motor Company


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHOUKAT KHAN and SANOBER MIRZA, | ) | Case No.  1:05-CV-00303-LJO-DLB |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **SECOND STIPULATED REQUEST** |
| vs. | ) | **FOR THE COURT'S ORDER** |
| | ) | **EXTENDING THE DATES FOR** |
| FORD MOTOR COMPANY, a Delaware | ) | **COURT ORDERED DEADLINES AND** |
| Company DOES 1-100, inclusive, | ) | **[PROPOSED] ORDER** |
| | ) | |
| Defendants. | ) | Trial Date:  9/4/07 |
| | ) | |

This case involves a September 10, 2003 automobile accident in which plaintiff Shoukat Kahn was rendered a C7 quadriplegic. Plaintiffs have sued Ford Motor Company on theories of liability for a defective product.  For the foregoing reasons, the parties jointly request that the Court sign the attached order amending the current scheduling order as agreed to by the parties.

The parties agreed to a private mediation on March 20, 2007. The parties stipulated to a request for an amended scheduling order on February 26, 2007 to avoid the significant costs of expert discovery and increase the chances for settlement.  The Court approved the stipulation and set the following deadlines:

| | |
|---|---|
| Expert Witness Discovery: | May 31, 2007 |
| Settlement Conference: | June 27, 2007 |
| Joint Pre-Trial Statement: | July 16, 2007 |

Pre-Trial Conference:                          July 23, 2007

Trial:                                         September 4, 2007

The March 20, 2007 mediation with Charles Hawkins, Esq. of Mediation Masters in San Jose did not resolve the case.  The parties subsequently scheduled all expert depositions to be completed by May 31.

However, on April 23, 2007, trial counsel for Ford began trial in Santa Cruz County Superior Court (Megison v. General Motors Corp., et al. No. CIV150825).  The jury verdict was returned on May 24, 2007.  As such, Ford's counsel was not available to take or defend expert depositions in this case and requested that all expert depositions be rescheduled.

Neither party wishes to continue the trial date.  The parties have therefore confirmed new dates for all outstanding expert depositions, and such depositions will be concluded by June 29, 2007, with the exception of one of Ford's experts, Dr. Elizabeth Raphael, whose next date of availability is July 30, 2007.  Accordingly, the parties jointly request that the Court amend the scheduling order as follows:

Expert Witness Discovery Deadline:      July 30, 2007

Settlement Conference:                  June 27, 2007

Joint Pre-Trial Statement:              July 16, 2007

Pre-Trial Conference:                   July 23, 2007

Trial:                                  September 4, 2007

SECOND STIPULATED REQUEST FOR THE COURT'S ORDER EXTENDING THE DATES FOR COURT ORDERED DEADLINES AND [PROPOSED] ORDER

For the foregoing reasons, good cause exists for the Court to

sign the accompanying Order extending the currently scheduled

deadlines.

Dated:  May __, 2007                    Dated:  May __, 2007

WALKER, HAMILTON & WHITE                BOWMAN AND BROOKE LLP


_____         _____
Wilda L. White, Esq.                    Ryan A. McCarthy, Esq.
50 Francisco Street, Suite 460          1741 Technology Dr., Suite 200
San Francisco, CA 94133                 San Jose, CA 95110
Attorney for Plaintiffs                 Attorney for Defendant
Shoukat Khan and Sanober Mirza          Ford Motor Company


## ORDER

The Court, having read the Stipulation of the parties, and

good cause appearing therefore, order:

PURSUANT TO STIPULATION, IT IS SO ORDERED that the expert

discovery cutoff date, as amended, shall be July 30, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED that the settlement

conference shall remain on June 27, 2007.  The settlement

conference statement shall be filed and served seven days prior to

the conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED the joint pre-trial

statement shall remain due on July 16, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED the pre-trial

conference shall remain on July 23, 2007.

/ / /

/ / /

PURSUANT TO STIPULATION, IT IS SO ORDERED the first day of

trial shall be September 4, 2007.


IT IS SO ORDERED.

**Dated:    June 7, 2007**                               /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

SECOND STIPULATED REQUEST FOR THE COURT'S ORDER EXTENDING THE DATES FOR COURT
ORDERED DEADLINES AND [PROPOSED] ORDER