IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOUKAT KHAN, et al., | CASE NO. CV F 05-0303 LJO DLB |
| Plaintiffs, | **ORDER TO RESET PRETRIAL CONFERENCE AND TRIAL** |
| vs. | |
| FORD MOTOR COMPANY, | |
| Defendant. | |

Based on the parties' representations as to expert discovery and related difficulties, this Court RESETS:

1. The expert discovery cutoff to September 10, 2007;
2. The pretrial conference to October 15, 2007 at 8:30 a.m. in Department 4 (LJO); and
3. Trial to November 12, 2007 at 9 a.m. in Department 4 (LJO).

This Court ORDERS the parties to cooperate to complete diligently expert discovery.

IT IS SO ORDERED.

**Dated:** July 13, 2007                    /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE