UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOUKAT KHAN, et al., | CASE NO. CV F 05-0303 LJO DLB |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| FORD MOTOR COMPANY., | |
| Defendant. / | |

Plaintiffs' counsel confirmed that settlement has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than March 31, 2008,** to file a stipulation and order to dismiss this action in its entirety.

This Court VACATES all pending dates and matters, including the April 14, 2008 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   March 17, 2008**               /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE