Jerry N. Budin
State Bar #88539
Law Office of Jerry Budin
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, California 95355
Telephone: (209) 544-3030
Facsimile: (209) 544-3144

Attorneys for Plaintiff,
LEO BISHOP, individually
and on behalf of all others
similarly-situated

Brian L. Johnsrud, Esq.
State Bar # 184474
Jennifer Lockhart, Esq.
State Bar # 236972
Morgan, Lewis & Bockius, LLP
2 Palo Alto Square
3000 El Camino Real, Ste. 700
Palo Alto, CA 94306
Telephone: (650) 843-7555
Facsimile: (650) 843-4001

Attorneys for Defendants,
PETRO-CHEMICAL TRANSPORTATION, INC.,
and KENAN ADVANTAGE GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| LEO BISHOP, individually and on behalf of all others similarly-situated, <br><br> Plaintiff, <br><br> vs. <br><br> PETRO-CHEMICAL TRANSPORT, INC., KENAN ADVANTAGE GROUP, INC. and DOES 1 through 100, <br><br> Defendants. | CASE NO. CV 07-0137 LJO SMS <br><br> STIPULATION TO AMEND PRELIMINARY SCHEDULING ORDER; ORDER |

It is hereby stipulated by and between the parties, through

STIPULATION TO AMEND PRELIMINARY SCHEDULING ORDER;     CASE NO. CV 07-0137 LJO SMS
[PROPOSED] ORDER

1  their respective attorneys, as follows:

2      1.  Plaintiff has requested of defendant a short, one-week
3  extension to file his opposition papers and defendant has agreed to
4  that request. The extension is requested based on the following
5  circumstances:

6      2. As noted in the previous Stipulation filed herein on
7  February 28, 2008 (Doc. 40), defendant disclosed a "person most
8  knowledgeable" witness (Sophia McReynolds) on January 31, 2008, the
9  day that merit-based discovery closed in this matter under a
10 previous scheduling order. Defendants have submitted a declaration
11 from Ms. McReynolds in support of their motion for summary
12 judgment.

13     3. So as not to prejudice plaintiff, the defendant stipulated
14 to allow plaintiff to depose Ms. McReynolds and to extend the
15 deadlines in the court's scheduling order. The court agreed to the
16 parties' stipulation (Doc. 40).

17     4. Because Ms. McReynolds resides in Texas and because of
18 schedules of the parties' attorneys, plaintiff could not depose Ms.
19 McReynolds until March 6, 2008.

20     5. The transcript of Ms. McReynolds' deposition, which
21 plaintiff wishes to incorporate into his opposition, will not be
22 available until March 18, one day after the due date for
23 plaintiff's opposition papers.

24     6. In addition, on March 13, 2008, defendant disclosed an
25 additional fifty-five (55) pages of documents which were
26 inadvertently not previously disclosed and which support the
27 declaration of Eric Blinn, who has submitted a declaration in
28 support of defendants' motion for summary judgment. A short, one-

week continuance would allow Plaintiff time to analyze these documents.

7. Based on the above, plaintiff requested that defendant agree to a short, one-week extension so that plaintiff could properly respond to defendants' summary judgment motion. Defendant agreed to that request, so long as the corresponding dates are also continued by one week.

8. Therefore, the plaintiff, with the agreement of defendant, requests that this court amend its Scheduling Order to extend the following deadlines and hearing date by one (1) week:

| **Action** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Deadline for plaintiff's opposition | March 17, 2008 | March 24, 2008 |
| Deadline for defendant's reply | March 31, 2008 | April 7, 2008 |
| Dispositive motion hearing date | April 7, 2008 | April 14, 2008 |

DATE: March 17, 2008                    LAW OFFICE OF JERRY BUDIN

/s/ Jerry Budin\_
Jerry Budin
Attorney for Plaintiff,
Leo BISHOP, individually
and on behalf of all others
similarly-situated

DATE: March 17, 2008                    MORGAN, LEWIS & BOCKIUS, LLP

/s/ Jennifer Lockhart
Jennifer Lockhart
Attorney for Defendants,
PETRO-CHEMICAL TRANSPORTATION,
INC., and KENAN ADVANTAGE
GROUP, INC

**ORDER**

GOOD CAUSE APPEARING from the above stipulation, it is ordered as follows:

1. The deadlines are extended as follows:

| Action | New Deadline |
|---|---|
| Deadline for plaintiff's opposition | March 24, 2008 |
| Deadline for defendant's reply | April 7, 2008 |
| Dispositive motion hearing date | April 14, 2008 |

2. In all other respects, the Preliminary Scheduling Order remains in effect.

IT IS SO ORDERED.

**Dated:   March 17, 2008**          /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE