FRANK P. KELLY (SBN: 083473)
RANDALL D. HAIMOVICI (SBN: 213365)
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:    415.544.1900
Facsimile:    415.391.0281

Attorneys for Defendant
FORD MOTOR COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| SHOUKAT KHAN and SANOVER MIRZA, | Case No. CV-F-05-303-LJO-DLB |
|---|---|
| Plaintiffs, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER DISMISSING MATTER WITH PREJUDICE** |
| FORD MOTOR COMPANY, a Delaware Corporation, | Judge:  Lawrence J. O'Neill |
| Defendant. | Dept.:   4 (LJO) |

Plaintiffs SHOUKAT KHAN and SANOVER MIRZA and defendant FORD MOTOR COMPANY, by and through their respective attorneys of record, hereby agree and stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that this Court may dismiss this matter WITH PREJUDICE, all parties bearing their own attorneys' fees and costs.

IT IS SO STIPULATED:

DATED:    March 19, 2008            SHOOK HARDY & BACON, L.L.P.

By: */s/Randall D. Haimovici*
    FRANK P. KELLY
    RANDALL D. HAIMOVICI
    Attorneys for Defendant
    Ford Motor Company

1
2  DATED:     March 18, 2008            WALKER, HAMILTON & WHITE
3
4                                        By: */s/Wilda L. White*
                                             WILDA L. WHITE
5                                            Attorney for Plaintiffs
6
7                      ORDER DISMISSING MATTER WITH PREJUDICE
8
   Pursuant to the foregoing Stipulation, and good cause appearing therefore, this matter is HEREBY
9
   DISMISSED WITH PREJUDICE, all parties to bear their own attorneys' fees and costs.
10
   IT IS SO ORDERED:
11
12 DATED: 03/19/2008                       /s/ Lawrence J. O'Neill
13                                         Honorable Lawrence J. O'Neill
14                                         United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

STIPULATION FOR DISMISSAL WITH PREJUDICE AND
[PROPOSED] ORDER DISMISSING MATTER WITH PREJUDICE
CV-F-05-303-LJO-DLB